UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

THE ANNUITY, WELFARE AND APPRENTICESHIP
SKILL IMPROVEMENT & SAFETY FUNDS OF THE
INTERNATIONAL UNION OF OPERATING ENGINEERS
LOCAL 15, 15A, 15C & 15D, AFL-CIO BY THEIR
TRUSTEES JAMES T. CALLAHAN, THOMAS A.
CALLAHAN, MICHAEL SALGO and DENISE M.
RICHARDSON, CENTRAL PENSION FUND OF THE
INTERNATIONAL UNION OF OPERATING ENGINEERS,
BY ITS CHIEF EXECUTIVE OFFICER MICHAEL A.
CRABTREE, and INTERNATIONAL UNION OF OPERATING
ENGINEERS LOCAL 15, 15A, 15C & 15D, AFL-CIO BY
ITS PRESIDENT & BUSINESS MANAGER THOMAS
A. CALLAHAN,

**DEFAULT JUDGMENT**

18-CIV-5986 (PGG)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/14/18

Plaintiffs,

-against-

SCIAME CONSTRUCTION, LLC,

Defendant.
------------------------------------------------------------X

The Court grants Plaintiffs' motion for default judgment and the Clerk of the Court is directed to enter judgment against Defendant SCIAME CONSTRUCTION, LLC in the amount of $20,330.70 which has been calculated as follows: (1) $11,429.30 in ERISA contributions; (2) $432.12 in interest owed through February 15, 2018; (3) $356.97 in additional interest calculated at the annual rate of 6.0% from February 16, 2018 through August 24, 2018 (the date of Plaintiffs' motion); (4) $1,142.93 in liquidated damages; (5) $2,751.25 in auditor's fees; (6) $2,775.00 in attorneys' fees; (7) $485.00 in costs and disbursements; (8) $939.60 in non-ERISA contributions; and (9) $18.53 in interest thereon calculated at the annual rate of 9.0% from June 5, 2018 (the date of the audit report) through August 24, 2018 (the date of Plaintiffs' motion) in accordance with Section 5004 of the New York CPLR.

Dated: New York, New York
       November 14, 2018

SO ORDERED:

_____
The Honorable Paul G. Gardephe, U.S.D.J.